UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHERTONYA UNDERWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ATTORNEY FEES** |
| v. ) | **JUDGMENT** |
| ) | |
| MARTIN O'MALLEY, ) | 5:23-CV-436-BO-BM |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay Plaintiff's counsel, Charlotte W. Hall, the sum of $11,578.50, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiffs counsel pay Plaintiff the sum of $7,000.00, and upon the payment of such sums, this case is dismissed with prejudice.

**This judgment filed and entered on July 23, 2025, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Mark Dorval (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)
Cassia Parson (via CM/ECF NEF)

July 23, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk